## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

### *In Re: Boston Scientific Corp.*
### *Pelvic Repair System Products Liability Litigation*
### *MDL No. 2326*

### Civil Action No. ___2:17-cv-04063___

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   ___Jane Meredith Reisman___

2. Plaintiff Husband (if applicable):

   ___Marc Reisman___

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. State of Residence:

   ___California___

5. District Court and Division in which venue would be proper absent direct filing:

   ___United States District Court, Central District of California___

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   X☒    A.  Boston Scientific Corporation

Revised: 05/28/14

X ☒    B.  American Medical Systems, Inc. ("AMS")

☐    C.  Johnson & Johnson

☐    D.  Ethicon, Inc.

☐    E.  C. R. Bard, Inc. ("Bard")

☐    F.  Sofradim Production SAS ("Sofradim")

☐    G.  Tissue Science Laboratories Limited ("TSL")

☐    H.  Mentor Worldwide LLC

☐    I.  Coloplast Corp.

☐    J.  Cook Incorporated

☐    K.  Cook Biotech, Inc.

☐    L.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction:

X ☒    Diversity of Citizenship

☐    Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____    Paragraphs 4, 5, 6 _____

_____

_____

2

B. Other allegations of jurisdiction and venue:

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

☐ The Uphold Vaginal Support System;

X☒ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☐ The Lynx Suprapubic Mid-Urethral Sling System;

☐ The Obtryx Transobturator Mid-Urethral Sling System;

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

X☒ Other

_____ AMS-Perigee _____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

☐ The Uphold Vaginal Support System;

X☒ The Pinnacle Pelvic Floor Repair Kit;

☐ The Advantage Transvaginal Mid-Urethral Sling System;

☐ The Advantage Fit System;

☐ The Lynx Suprapubic Mid-Urethral Sling System;

☐ The Obtryx Transobturator Mid-Urethral Sling System;

3

☐     The Prefyx PPS System;

☐     The Solyx SIS System; and/or

X☒     Other

          AMS-Perigee

10. Date of Implantation as to Each Product:

          April 20, 2009

11. Hospital(s) where Plaintiff was implanted (Including City and State):

          Santa Barbara Cottage Hospital
          400 W. Pueblo Street
          Santa Barbara, CA 93105

12. Implanting Surgeon(s):

          Dr. Julie Chacko

13. Counts in the Master Complaint brought by Plaintiff(s)

X☒     Count I – Negligence

X☒     Count II – Strict Liability – Design Defect

X☒     Count III – Strict Liability – Manufacturing Defect

X☒     Count IV – Strict Liability – Failure to Warn

X☒   Count V - Breach of Express Warranty

X☒   Count VI – Breach of Implied Warranty

X☒   Count VII (by the Husband) – Loss of Consortium

X☒   Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

X☒   Count IX – Punitive Damages

X☒   Other Count _____ CA B&P Code 17200-17500 _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____ Defendants committed fraudulent acts through their deceptive marketing of surgical Mesh devices and disseminating false and misleading statements to the public in violation of CA Business and Professions Code 17200-17500

☐   Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____


                                          s/ Thomas D. Haklar
                                          Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Law Office of Thomas D. Haklar, CBN 169039
320 Encinitas Blvd., Suite A
Encinitas, CA 92024
Tel:  858.481.5454
Fax: 858.720.9797
thaklar@haklarlaw.com

5